**GREENBERG TRAURIG, LLP**
ATTORNEYS AT LAW
SUITE 700
2375 EAST CAMELBACK ROAD
PHOENIX, ARIZONA 85016
(602) 445-8000

John F. Lomax, Jr., SBN 020224
Daniel B. Pasternak, SBN 023751
*Attorneys for PatchLink Corporation*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Mosbriantanha,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PatchLink Corporation, a Delaware corporation,<br><br>　　　　　　　　Defendant. | Case No. 2:07-MC-87<br><br>Civil Action No. 8:07-CV-0211 DKC (Consolidated with No. 8:07-CV-0321 DKC) Pending in the United States District Court for the District of Maryland, Greenbelt Division |
| Farhad Shirmohammadi,<br><br>　　　　　　　　Plaintiff,<br><br>v.<br><br>PatchLink Corporation, a Delaware corporation,<br><br>　　　　　　　　Defendant. | **CERTIFICATION OF MOVING COUNSEL IN SUPPORT OF PATCHLINK CORPORATION'S MOTION TO COMPEL PRODUCTION AND ENFORCE SUBPOENAS** |

　　　Pursuant to Fed.R.Civ.P. 37(a)(2)(A), counsel for Defendant PatchLink Corporation certify that they conferred in good faith with counsel for Respondents Sean Moshir and Kourosh Moshir via written correspondence in an effort to secure compliance with the discovery sought without Court action, and were unsuccessful.

PHX 327948496_1

- 2 -

1    RESPECTFULLY SUBMITTED this 19th day of September, 2007.

3                                GREENBERG TAURIG, LLP

4                                By: /s/Daniel B. Pasternak
5                                    John F. Lomax, Jr.
                                     Daniel B. Pasternak
6                                    *Attorneys for PatchLink Corporation*

PHX 327948496_1

## CERTIFICATE OF SERVICE

☒  I hereby certify that on September 19, 2007, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing and Order to the following CM/ECF registrants:

>David N. Farren, Esq.
>JABURG & WILK, P.C.
>3200 North Central Avenue
>Suite 2000
>Phoenix, Arizona  85012
>*Attorneys for Respondent Sean Moshir*
>DNF@jaburgwilk.com
>
>James M. Jellison, Esq.
>JELLISON LAW OFFICE, PLLC
>3101 North Central Avenue
>Suite 1090
>Phoenix, Arizona  85012
>*Attorneys for Respondent Kourosh Moshir*
>Jim@jellisonlaw.com

☒  I hereby certify that on September 19, 2007, I served the attached document by overnight mail on the following, who are not registered participants of the CM/ECF System:

>Morris E. Fischer, Esq.
>LAW OFFICES OF MORRIS E. FISCHER
>Air Rights Center
>4550 Montgomery Avenue, Suite 601N
>Bethesda, MD 20814
>*Attorney for Plaintiff Mehran Mosbriantanha and*
>*Plaintiff Farhad Shirmohammadi*

                    _s/Colleen B. Mantz_

PHX 327948496_1

- 3 -