**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Mehran Mosbriantanha,<br><br>       Plaintiff,<br><br>v.<br><br>PatchLink Corporation,<br><br>       Defendant.<br>_____<br>Farhad Shirmohammadi,<br><br>       Plaintiff,<br><br>v.<br><br>PatchLink Corporation,<br><br>       Defendant.<br>_____ | No. MC-07-87-SMM<br><br>Civil Action No. 8:07-CV-0211 DKC (consolidated with No. 8:07-CV-0321 DKC) Pending in the United States District Court for the District of Maryland, Greenbelt Division<br><br>**ORDER** |

Pending is PatchLink's Motion to Compel Production and Enforce Subpoenas issued by this Court in connection with a suit pending in the United States District Court for the District of Maryland (Dkt. 1). Non-party deponents Sean Moshir and Kourosh Moshir ("Moshirs") have filed responses and Motions to Quash. The motion is hereby transferred to that Court for its consideration. See Fed. R. Civ. P. 26(c) advisory committee's note

1  (1970) ("The court in the district where the deposition is being taken may, and frequently
2  will, remit the deponent or party to the court where the action is pending.").

3  PatchLink is currently involved in employment discrimination actions consolidated
4  under 8:07-CV-0211. In connection with that litigation, PatchLink caused a subpoena to be
5  issued from this Court upon non-parties Moshirs.

6  The parties dispute whether it would be more burdensome for PatchLink or Moshirs
7  to search their files for certain emails sent by Moshirs. Both have filed affidavits attesting
8  to the financial and temporal burdens that such a search and production would impose. The
9  Court finds that this dispute can best be resolved by the judge presiding over the consolidated
10 employment discrimination cases, which the parties' motions indicate is Judge Deborah K.
11 Chasanow. Therefore,

12 **IT IS HEREBY ORDERED** transferring this matter to the United States District
13 Court for the District of Maryland.

14 DATED this 9th day of October, 2007.

_____
Stephen M. McNamee
United States District Judge

- 2 -